# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| McKENZIE COUNTY, NORTH DAKOTA, a municipal entity, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** </br></br> Case No. 1:23-cv-094 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 12, 2024, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 11th day of June, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court