**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| McKENZIE COUNTY, NORTH DAKOTA, a municipal entity, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

**AMENDED ORDER FOR MID-DISCOVERY STATUS CONFERENCE**

Case No. 1:23-cv-094

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 12, 2024, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter "Caller ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 27th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court