# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| McKenzie County, North Dakota, municipal entity, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| United States of America, | ) ) | Case No. 1:23-cv-094 |
| Defendant. | ) ) | |

On May 28, 2025, the Parties filed a Stipulation to Modify Scheduling and Discovery Plan. (Doc. No. 39). They request that the court suspend all pretrial deadlines for three months and cancel the final pretrial conference and trial in this matter to facilitate settlement negotiations.

The court **ADOPTS** the Parties' stipulation (Doc. No. 39). All pretrial deadlines are suspended. The final pretrial conference scheduled for November 25, 2025, and the trial scheduled for December 8, 2025, are cancelled. The parties shall file a joint report with the court by August 29, 2025, advising it on the status of their settlement negotiations and how they would like to proceed.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court